IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

SCOTT CAFEGO,
    Plaintiff,
v.                                      CIVIL ACTION NO. 5:13-11023
                                             (Honorable Irene C. Berger)

COMMUNITY HOLDINGS OF WEST VIRGINIA, INC.,
d/b/a THE REGISTER HERALD,
a/k/a BECKLEY NEWSPAPERS,
    Defendant.

## JOINT AGREED ORDER OF DISMISSAL

On this day came plaintiff, Scott Cafego, by his counsel, Philip Tissue, and defendant, Community Holdings of West Virginia, Inc., d/b/a The Register Herald, a/k/a Beckley Newspapers, hereinafter ("Community Holdings"), by its counsel, Stuart A. McMillan, and announced to the Court that all matters in controversy between the parties herein have been settled and compromised and, accordingly, the parties move the Court to dismiss this action from the Court's docket, with prejudice, as to all claims against Community Holdings.

WHEREUPON, the Court perceiving no objection thereto, hereby ORDERS and DECLARES that this matter be dismissed from the docket of this Court with prejudice as to all claims of the Plaintiff against Community Holdings, the parties to bear their own costs of suit and attorneys' fees.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

ENTERED: January 9, 2014

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

Agreed to by:

**s/Philip J. Tissue   w/permission**
Philip J. Tissue, Esquire (SBID #3769)
303 Jones Avenue
Oak Hill, West Virginia 25901
(304) 469-4431
*Counsel for Plaintiff*

**s/Stuart A. McMillan**
Stuart A. McMillan, Esquire (SBID #6352)
BOWLES RICE LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia  25325-1386
smcmillan@bowlesrice.com
(304) 347-1100
*Counsel for Defendant*